16923

WILLIAM CALHOUN BRUNER, JR., Appellant, v. SEABOARD
AIR LINE RAILROAD COMPANY, Respondent

(84 S. E. (2d) 557)

*Messrs. James P. Mozingo III, John L. Nettles, Benny R. Greer,* and *Keith A. Gatlin,* of Darlington, *for Appellant,*

*Messrs. Robert W. Shand,* of Hartsville, and *Paulling &*
*James,* of Darlington, *for Respondent,*

*Messrs. James P. Mozingo III, John L. Nettles, Benny*
*R. Greer,* and *Keith A. Gatlin,* of Darlington, *for Appellant,*
*in reply,*

Nov. 8, 1954.

PER CURIAM.

This is an appeal from an order of Judge Henderson granting a change of venue. The issue is a close one. But it has been uniformly held that a question of this

kind is addressed largely to the discretion of the trial Judge. We cannot say that there was a manifest abuse of discretion, which is necessary for reversal of such an order. *Wilson v. Southern Furniture Co.*, 224 S. C. 281, 78 S. E. (2d) 890.